UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEJANDRO VALLEJO-GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. RENDEMAN, DR. RODRIGUEZ and K. HSM JENNING,<br><br>    Defendants. | NO:  4:15-CV-05121-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF FILING FEE CEASE |

Magistrate Judge Dimke filed a Report and Recommendation (ECF No. 20), recommending that Mr. Vallejo-Gonzalez's Motion to Voluntarily Dismiss this action be granted.  Defendants have not been served.  There being no objections, the Court **ADOPTS** the Report and Recommendation.  Plaintiff's Motion (ECF No. 17) is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** Plaintiff's Motion to waive filing fee (ECF No. 18) is **GRANTED** and the institution having custody of Mr. Vallejo-Ganzalez

ORDER ADOPTING REPORT AND RECOMMENDATION… ~ 1

1  shall cease collection of the filing fee in this action, formerly cause number **2:15-cv-
2  05121-MKD,** now 2:15-CV-05121-TOR**.**

3        **IT IS SO ORDERED.**  The District Court Executive is directed to enter this
4  Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and
5  close the file.  The District Court Executive is further directed to send a copy of this
6  Order to the **Office of the Department of Corrections, Attn: LFO/COS UNIT,**
7  **P.O. Box 41107, Olympia, WA  98504-1107,** to forward to the appropriate agency
8  having custody of Plaintiff.  The District Court Executive also shall provide a copy
9  of this Order to the Financial Administrator for the United States District Court,
10 Eastern District of Washington.

11       **DATED** June 27, 2016.



                              THOMAS O. RICE
                      Chief United States District Judge